■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH WESTPOINT, Appellant.— Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County, imposed December 14, 1972. Sentence affirmed (see *People* v. *Hyatt*, 43 A D 2d 564, affd. 35 N Y 2d 483; *People* v. *McClain*, 42 A D 2d 868, affd. 35 N Y 2d 483). Cohalan, Acting P. J., Christ, Brennan, Benjamin and Shapiro, JJ., concur.